# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0822
LT Case No. 55-2022-CA-696

_____

BRITNE WHITE,

Appellant,

v.

FIDUS ROOFING &
CONSTRUCTION, LLC,

Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
Howard Ogle McGillin, Judge.

Britne White, St. Augustine, pro se.

Christopher M. Cobb and William F. Cobb, of Cobb & Gonzalez,
P.A., Jacksonville, for Appellee.

April 21, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and MAKAR and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____